# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:17-CR-394 |
|---|---|---|
| v. | : | (Chief Judge Conner) |
| XIAO WU ZHOU and CHUANZE XU, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 18th day of April, 2018, upon consideration of defendants' joint motion (Doc. 32) to suppress evidence, and the parties respective briefs in support of and opposition to said motion (Docs. 32-1, 37), and the evidentiary hearing held on March 2, 2018, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 32) to suppress is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania