# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 4:17-CR-394 |
| v. : | (Chief Judge Conner) |
| XIAO WU ZHOU (1) and : CHUANZE XU (2), : | |
| Defendants : | |

## **ORDER**

AND NOW, this 6th day of August, 2019, upon consideration of the motion (Doc. 72) to suppress evidence filed by defendant Xiao Wu Zhou and joined in by defendant Chuanze Xu, and the parties respective briefs in support of and opposition to said motion, and the evidentiary hearing held on July 19, 2019, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 72) to suppress is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania